UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRI MAHAR,

                Plaintiff,

        -v-                             1:15-CV-0841
                                         (DNH/DJS)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

LAW OFFICE OF STEVEN R. DOLSON       STEVEN R. DOLSON, ESQ.
Attorney for Plaintiff
126 North Salina Street, Suite 3B
Syracuse, NY 13202

SOCIAL SECURITY ADMINISTRATION       DAVID L. BROWN, ESQ.
Attorney for Defendant
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff Terri Mahar filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for disability benefits and supplemental security income under the Social Security Act. By Report-Recommendation dated August 16, 2016, the Honorable Daniel J. Stewart, United States Magistrate Judge, recommended that the

Commissioner's decision finding no disability be affirmed.  Plaintiff filed timely objections to the Report-Recommendation.  See ECF No. 19.

Based upon a de novo determination of the portion of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

(1) the Commissioner's decision is **AFFIRMED**;

(2) defendant's motion for judgment on the pleadings is **GRANTED**; and

(3) the complaint is **DISMISSED**.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

United States District Judge

Dated: September 19, 2016
    Utica, New York